[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 1250.]

SMOCK ET AL., APPELLANTS, *v.* HALL ET AL.; MOTORISTS MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Smock v. Hall*, 2000-Ohio-250.]

*Appeal dismissed as improvidently allowed.*

(No. 99-461—Submitted December 15, 1999—Decided February 2, 2000.)

APPEAL from the Court of Appeals for Geauga County, No. 97-G-2090.

————————————

*Glowacki & Associates Co., L.P.A., James L. Glowacki* and *Tammy G. Gibson*, for appellants.

*Thrasher, Dinsmore & Dolan, David E. Lowe* and *Heidi M. Cisan*, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————